

# IN THE
# TENTH COURT OF APPEALS

No. 10-13-00253-CR

## IN RE JAMES EARL WILLIAMS

**Original Proceeding**

## MEMORANDUM OPINION

The petition for writ of mandamus is denied.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed August 15, 2013
Do not publish
[OT06]